UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| DANNY D. HESTDALEN, | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 2:18-cv-00039-JAR |
| CORISON CORRECTIONS HEALTHCARE, et al., | ) |
| Defendants. | ) |

## MEMORANDUM AND ORDER

This matter is before the Court on Plaintiff Danny D. Hestdalen's Motion for Joinder of Additional Parties. (Doc. 49.) Defendants have filed a memorandum opposing the motion. (Doc. 50.)

"The decision to permit joinder of parties is a matter for the discretion of the district court." *Walker v. City of Moline Acres*, No. 4:07CV1741 RWS, 2008 WL 5110587, at *2 (E.D. Mo. Dec. 3, 2008) (citing *Mosley v. General Motors Corp.*, 497 F.2d 1330, 1332 (8th Cir. 1974)). The Court recently granted Plaintiff's Motion to Amend his Complaint. (Doc. 48.) Given Plaintiff's pro se status and that he is currently confined, the Court finds that allowing him to include additional parties in his amended complaint is in the interest of justice.

The Court cautions Plaintiff that an amended complaint replaces all earlier complaints such that claims or parties not included in the amended complaint are no longer before the Court.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff Danny D. Hestdalen's Motion for Joinder of Additional Parties (Doc. 49), is **GRANTED**.

**IT IS FURTHER ORDERED** that Plaintiff shall file his Amended Complaint, including any additional joined parties, no later than **thirty (30) days from the date of this order.**

Dated this 9th Day of January, 2019.

                                                                                                                                  _____
JOHN A. ROSS
UNITED STATES DISTRICT JUDGE