# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| DANNY D. HESTDALEN, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>CORRIZON CORRECTIONS )<br>HEALTHCARE, et al., )<br>)<br>Defendants. )<br>) | Case No. 2:18-cv-00039-JAR |

## MEMORANDUM AND ORDER

This matter is before the Court on Plaintiffs' Motion to Amend Case Management Order in part. (Doc. 152.) As Defendants note clearly in their response in opposition, Plaintiff has been given numerous extensions already and the scheduling order has already been amended twice. However, because several of Plaintiff's motions were pending when the discovery deadline passed, the Court will grant the motion in part and amend the deadline for completing discovery to February 15, 2020. The Court believes this date still allows ample time to prepare and file dispositive motions before the April 15, 2020 deadline.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiffs' Motion to Amend Case Management Order in part (Doc. 152), is **GRANTED in part.**

**IT IS FURTHER ORDERED** that the Second Case Management Order is **AMENDED** as follows:

- All discovery in this case must be completed by **February 15, 2020.**

- Any motion for summary judgment must be filed no later than **April 15, 2020.** Opposition briefs must be filed no later than **May 16, 2020**, and any reply brief may be filed no later than **May 26, 2020.**

Dated this 24th day of January, 2020.

_____
JOHN A. ROSS
UNITED STATES DISTRICT JUDGE