# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| DANNY D. HESTDALEN, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>CORIZON CORRECTIONS )<br>HEALTHCARE, et al., )<br>)<br>Defendants. )<br>) | Case No. 2:18-cv-00039-JAR |

## MEMORANDUM AND ORDER

This matter is before the Court on Plaintiff Danny D. Hestdalen's Request for Subpoena Duces Tecum Forms and Instructions. (Doc. 180.) He seeks "documents known to exist, but Defendants claim do not," which "are believe to be in the pos[s]ession of non party witnesses, i.e. off site medical services providers." (*Id.*)

The Court often provides such forms to pro se litigants, but it notes that Plaintiff filed his request on February 6, 2020, only nine days before the close of discovery. (*See* Doc. 168.) As a practical matter, waiting so late left Plaintiff without sufficient time to conduct the discovery he describes, and he gives no reason or good cause for the delay. Moreover, Plaintiff fails to adequately explain what documents he seeks or why they are necessary in light of the substantial amount of documentary evidence already exchanged. Indeed, Plaintiff notes that Defendants have told him the documents he seeks do not exist. He provides no basis for his assertion to the contrary. The Court will therefore deny Plaintiff's request.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff Danny D. Hestdalen's Request for Subpoena Duces Tecum Forms and Instructions, (Doc. 180), is **DENIED.**

Dated this 13th day of April, 2020.

                                             *John A. Ross*
                                             JOHN A. ROSS
                                             UNITED STATES DISTRICT JUDGE