## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | |
|---|---|
| DANNY D. HESTDALEN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 2:18-cv-00039-JAR |
| ) | |
| CORIZON CORRECTIONS ) | |
| HEALTHCARE, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

### MEMORANDUM AND ORDER

This matter is before the Court on Plaintiff Danny D. Hestdalen's Motion for Extension of Time to Complete Discovery. (Doc. 225.) The crux of Plaintiff's argument in support of an extension is that he learned of the existence of a medical doctor only days before the close of discovery, when Corizon Defendants revealed the doctor's role in a response to a discovery request. (*Id*.) Plaintiff asks for additional time to investigate the doctor's conduct as it relates to his claims. (*Id*.)

Corizon Defendants respond that the doctor's involvement was indicated in discovery responses much earlier and that Plaintiff's delayed discovery is insufficient grounds to further extend a discovery period that has already been extended multiple times. (Doc. 231.)

The Court agrees. The Court has, on several occasions, granted Plaintiff great leeway in prosecuting his case. It is not clear that additional discovery relating to yet another doctor, who was named in earlier discovery responses, would materially advance this litigation. On the other hand, delaying this case yet again, even while there are pending fully briefed dispositive motions,

would prejudice the Defendants and prolong what has already been a long and complicated discovery process.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff Danny D. Hestdalen's Motion for Extension of Time to Complete Discovery (Doc. 225), is **DENIED**.

Dated this 3rd day of August, 2020.

_____
JOHN A. ROSS
UNITED STATES DISTRICT JUDGE