# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| DANNY D. HESTDALEN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 2:18-cv-00039-JAR |
| ) | |
| CORIZON CORRECTIONS ) | |
| HEALTHCARE, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

## MEMORANDUM AND ORDER

This matter is before the Court on Plaintiff Danny D. Hestdalen's Motion to Supplement. (Doc. 183.)  He asserts that Corizon Defendants delayed their responses to his discovery requests and that some of the responses were based on policy documents from institutions other than Moberly Correction Center, where he is incarcerated. (*Id*.)  In response, Corizon Defendants provide supplemental responses to the requests for production Plaintiff cites. (Doc. 212.)

Having reviewed the supplemental responses, the Court concludes that Plaintiff's motion to supplement is moot because he has received the discovery responses he sought.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff Danny D. Hestdalen's Motion to Supplement (Doc. 183), is **DENIED as moot**.

Dated this 3rd day of August, 2020.

_____
JOHN A. ROSS
UNITED STATES DISTRICT JUDGE